IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| ANGELA (Thompson) JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-010 |
| ) | |
| ANDREW SAUL, Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 24.) Defendant responded to the objections. (Doc. no. 26.) Accordingly, the Court **OVERRULES** all of Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge, **GRANTS IN PART** Plaintiff's motion for attorneys' fees, (doc. no. 19), and **AWARDS** attorneys' fees in the amount of $7,460.08. The Court **DENIES** the request of Attorney Charles L. Martin for additional fees incurred in preparing Plaintiff's objections. (Doc. no. 24, p. 9.) Furthermore, Mr. Martin shall not file a fee petition in the Southern District of Georgia requesting compensation for Ms. Sarnoff, or any other attorney not admitted to practice before this Court, without acknowledging this Court's determination

paralegal rates apply and providing a calculation of her time at paralegal rates, excepting only a reversal of the Court's prior rulings by the Eleventh Circuit.

SO ORDERED this ___2nd___ day of October, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA