IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

ANGELA JONES, )
)
    Plaintiff-Appellant, )
)
vs. ) Case No. CV118-10
)
ANDREW SAUL, Commissioner )
Of Social Security, )
)
    Defendant-Appellee. )

O R D E R

The Order of this Court having been vacated and remanded by the United States Court of Appeals for the Eleventh Circuit.

**IT IS HEREBY ORDERED** that the judgment of the United States Court of Appeals for the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED,** this \_\_\_28th\_\_\_ day of July, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA